724 A.2d 346

**Anthony TRUSCELLO & Carol Truscello, H/W, Appellees,**

v.

**MEDICAL PROFESSIONAL LIABILITY CATASTROPHE LOSS FUND, Appellant.**

Supreme Court of Pennsylvania.

Feb. 12, 1999.

## ORDER

PER CURIAM:

**AND NOW**, this 12 th day of February, 1999, the Order of the Commonwealth Court dated August 5, 1997 is AFFIRMED.